FILED

Oct 21  8 01 AM '03

UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
NEW HAVEN, CONN.

DISTRICT OF CONNECTICUT

DOVER DAVIS                          :

VS.                                  :

                                :      NO. 3:02CV1039 (JBA)

JERRY C. LAMB and                    :
JOHN BEAUREGARD                      :       OCTOBER 19, 2003

## BRIEF IN OPPOSITION TO MOTIONS FOR SUMMARY JUDGMENT

The defendants both have moved separately for summary judgment in this action. Both defendants have failed to file and serve with their motions any Local Rule 56(a)1 Statements.

Local Rule 56(a)1 provides: "There shall be annexed to a motion for summary judgment a document entitled 'Local Rule 56(a)1 Statement,'...."

None having been submitted, this court has no power to grant summary judgment to either defendant.

When the moving party "'fail[s] to fulfill its initial burden' of providing admissible evidence of the material facts entitling it to summary judgment, summary judgment must be denied, 'even if no opposing evidentiary matter is presented,' for the non-movant is not required to rebut an insufficient showing." Giannullo v. City of New York, 322 F.3d 139, 140-41 (2nd Cir. 2003), quoting Adickes v. S.H. Kress & Co., 398 U.S. 144, 158, 160 (1970). "[T]he moving party bears the ultimate burden of establishing its

right to summary judgment as a matter of law even when it does not have the ultimate burden of persuasion at trial." Trainor v. Apollo Metal Specialties, Inc., 318 F.3d 976, 982 (10th Cir. 2003).

Both motions for summary judgment must be denied.

Respectfully submitted:

JOHN R. WILLIAMS (ct00215)
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
E-Mail: jrw@johnrwilliams.com
Plaintiff's Attorney

## CERTIFICATION OF SERVICE

On the above date, a copy hereof was mailed, via first-class mail, postage prepaid, to:

Attorney June M. Sullivan
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Attorney Michael Sullivan
Assistant Attorney General
55 Elm Street
P. O. Box 120
Hartford, CT 06141-0120

JOHN R. WILLIAMS