**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DOVER DAVIS | : |
| | : CIVIL ACTION NO. |
| | : 3:02CV1039 (JBA) |
| VS. | : |
| | : |
| JERRY C. LAMB and | : |
| JOHN BEAUREGARD | : OCTOBER 30, 2003 |

**DEFENDANT'S RULE 56(a)(1) STATEMENT**
**OF UNDISPUTED MATERIAL FACTS**
**IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 56(a)(1), the defendant, John Beauregard, submits the following Statement of Material Facts to which there are no genuine issues to be tried.

1. The defendant, John Beauregard, is the Executive Director of the Southeastern Connecticut Workforce Investment Board. *Complaint*, ¶ 4.

2. The defendant, Jerry C. Lamb, was the Dean of Continuing Education at Eastern Connecticut State University until December 13, 2001, and was acting in his official capacity at all times described in the Complaint. *Complaint*, ¶ 4, *Answer and Affirmative Defenses of Defendant Jerry C. Lamb*, ¶ 4.

3. Defendant Lamb recruited the Plaintiff to come to Connecticut to participate in the Clinical Data Management Program. *Complaint*, ¶ 7 *Answer and Affirmative Defenses of Defendant Jerry C. Lamb*, ¶ 7.

4. The training program included fifteen weeks of classroom instruction. *Complaint*, ¶ 7, *Answer and Affirmative Defenses of Defendant Jerry C. Lamb*, ¶ 7.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

5. The Plaintiff began said program on May 16, 2001. *Complaint*, ¶ 8, *Answer and Affirmative Defenses of Defendant Jerry C. Lamb*, ¶ 8.

6. Defendant Lamb provided instruction in the Clinical Data Management Program. *Complaint*, ¶ 9, *Answer and Affirmative Defenses of Defendant Jerry C. Lamb*, ¶ 9.

7. On July 12, 2001, the Plaintiff was terminated from the program by representatives of Eastern Connecticut State University. *Complaint*, ¶ 16, *Answer and Affirmative Defenses of Defendant Jerry C. Lamb*, ¶ 16.

8. On July 12, 2001, the Plaintiff was told by Defendant Lamb that his return to Georgia had been arranged and that he must immediately vacate the dormitory where he had been housed. *Complaint*, ¶ 17, *Answer and Affirmative Defenses of Defendant Jerry C. Lamb*, ¶ 17.

9. The Plaintiff filed a timely appeal with the Southeastern Connecticut Workforce Investment Board. *Complaint*, ¶ 18, *Answer and Affirmative Defenses of Defendant Jerry C. Lamb.*

10. After taking full consideration of information provided by the Plaintiff, Defendant Beauregard affirmed the Plaintiff's termination on December 7, 2001. *Complaint*, ¶ 19.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

DEFENDANT:
JOHN BEAUREGARD,

BY: *June M. Sullivan*
June M. Sullivan
Fed. Bar No. ct 24462
HALLORAN & SAGE LLP
One Goodwin Square
Hartford, CT 06103
Tele: (860) 522-6103

## CERTIFICATION

This is to certify that on this 30th day of October, 2003, the foregoing was either mailed, postpaid, or hand-delivered to:

John R. Williams, Esq.
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510

Michael Sullivan, Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

*June M. Sullivan*
June M. Sullivan

480475_1.doc

- 3 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105