ORIGINAL

FILED

Nov 5  2 51 PM '03

U.S DISTRICT COURT
NEW HAVEN, CONN.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

DOVER DAVIS              :        CIVIL ACTION NO.
*Plaintiff,*            :        3:02-CV-01039 (JBA)
                         :
v.                       :
                         :
JERRY C. LAMB and        :
JOHN BEAUREGARD
*Defendants.*           :        OCTOBER 31, 2003


**DEFENDANT'S RULE 56(a)(1) STATEMENT**
**OF UNDISPUTED MATERIAL FACTS**
**IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**


Pursuant to Local Rule 56(a)(1), the defendant, Jerry C. Lamb, submits the

following Statement of Material Facts to which there are no genuine issues to be tried:

1. Defendant Jerry Lamb was the Dean of Continuing Education at Eastern

Connecticut State University until December 13, 2001. *Complaint, ¶4; Answer and*

*Affirmative Defenses of Defendant Jerry C. Lamb, ¶4.*

2. Defendant John Beauregard is the Executive Director of the Southeastern

Connecticut Workforce Investment Board. *Complaint, ¶4.*

3. Defendant Lamb recruited the Plaintiff to come to Connecticut to participate in

the Clinical Data Management Program. *Complaint, ¶7; Answer and Affirmative Defense*

*of Defenses of Defendant Jerry C. Lamb, ¶7.*

4. The training program included fifteen weeks of classroom instruction.

*Complaint, ¶7; Answer and Affirmative Defenses of Defendant Jerry C. Lamb, ¶7.*

5. The Plaintiff began the training program on May 16, 2001. *Complaint*, ¶8; *Answer and Affirmative Defenses of Defendant Jerry C. Lamb*, ¶8.

6. On July 12, 2001, the Plaintiff was terminated from the program. *Complaint*, ¶16; *Answer and Affirmative Defenses of Defendant Jerry C. Lamb*, ¶16.

7. On July 12, 2001, the Plaintiff was told that his return to Georgia had been arranged and that he must immediately vacate the dormitory where he had been housed. *Complaint*, ¶17; *Answer and Affirmative Defenses of Defendant Jerry C. Lamb*, ¶17.

8. The Plaintiff filed a timely appeal with the Southeastern Connecticut Workforce Investment Board. *Complaint*, ¶18; *Answer and Affirmative Defense of Defendant Jerry C. Lamb*, ¶18.

9. On December 7, 2001, Defendant John Beauregard, Executive Director of the Workforce Investment Board, affirmed the Plaintiff's termination from the Program. *Complaint*, ¶19.

JERRY C. LAMB
DEFENDANT

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____

Michael Sullivan
Assistant Attorney General
Federal Bar No. ct24981
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5210
Fax:  (860) 808-5385

## **CERTIFICATION**

I hereby certify on this 31st day of October, 2003, a copy of the foregoing was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure, via first class mail, postage prepaid to:

>John Williams, Esq.
>Williams and Pattis, LLC
>51 Elm Street, Suite 409
>New Haven, CT  06510;

>and to,

>David Hill, Esq.
>Halloran & Sage, LLP
>One Goodwin Square
>225 Asylum Street
>Hartford, CT  06103

Michael Sullivan
Assistant Attorney General