FILED

Nov 10  12 09 PM '03

UNITED STATES DISTRICT COURT
DISTRICT COURT
NEW HAVEN, CONN.

DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOVER DAVIS | : |
| VS. | : NO. 3:02CV1039 (JBA) |
| JERRY C. LAMB and JOHN BEAUREGARD | : NOVEMBER 8, 2003 |

## MOTION TO STRIKE LATE-FILED LOCAL RULE 56(a)1 STATEMENTS

The plaintiff respectfully moves to strike the late-filed Local Rule 56(a) Statements which the defendants have submitted *after* the plaintiff filed his brief in opposition to their inadequate motions for summary judgment.

Local Rule 56(a)1 expressly mandates that "[t]here shall be *annexed* to a motion for summary judgment a document entitled 'Local Rule 56(a)1 Statement,'...." (Emphasis supplied.) The rule does not permit parties seeking summary judgment to file their motion and supporting papers without the Local Rule 56(a)1 Statement, wait to see how the opponent responds, and then file a Local Rule 56(a)1 Statement after that.

The defendants have not sought this court's permission to engage in this unauthorized and unorthodox procedure, nor have they offered any excuse for their failure to comply with the local rules of the court. Accordingly, these late-filed documents must be stricken from the record.

THE PLAINTIFF

BY: _____
JOHN R. WILLIAMS (ct00215)
51 Elm Street, Suite 409
New Haven, CT 06510
203.562.9931
Fax: 203.776.9494
E-Mail: jrw@johnrwilliams.com
His Attorney

**CERTIFICATION OF SERVICE**

On the above date, a copy hereof was mailed, via first-class mail, postage prepaid, to:

David G. Hill, Esq.
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Attorney June M. Sullivan
Halloran & Sage, LLP
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Attorney Holly Jean Bray
Assistant Attorney General
55 Elm Street
P. O. Box 120
Hartford, CT 06141-0120

_____
JOHN R. WILLIAMS