FILED
Feb 9 3 30 PM '04
[stamp illegible]

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOVER DAVIS | : | CIVIL ACTION |
| Plaintiff, | | NO. 302CV01039 (JBA) |
| V. | : | |
| JERRY C. LAMB and | | |
| JOHN BEAUREGARD | | |
| Defendants. | : | FEBRUARY 6, 2004 |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME

The defendant John Beauregard respectfully moves this Court for an extension of time of three (3) days, up to and including February 13, 2004 to submit a reply to plaintiff's Objection to Defendant's Motion for Summary Judgment dated January 30, 2004. This is the defendant's first motion for extension of time related to a reply to plaintiff's Objection to Defendant's Motion for Summary Judgment.

Defendant's reply to plaintiff's Objection to Defendant's Motion for Summary Judgment is due on February 10, 2004. The undersigned counsel first received notice of plaintiff's Objection to Defendant's Motion for Summary Judgment by mail on February 4, 2004. The Court did not receive the motion until February 2, 2004 and sent it electronically to all parties on February 5, 2004. Additional time is needed to formulate a proper response. As such, the defendant should be allowed additional time to prepare a reply to the plaintiff's Objection to Defendant's Motion for Summary Judgment.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

09672.0044
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Plaintiff's counsel, Attorney Timothy Mahoney, consents to this Motion for Extension of Time. Counsel for co-defendant, Jerry C. Lamb, Attorney Michael Sullivan, joins in this motion.

For the foregoing reasons, the defendant respectfully requests that his Motion for Extension of Time be granted.

DEFENDANT,
JOHN BEAUREGARD

By *June M. Sullivan*
June M. Sullivan
HALLORAN & SAGE LLP
Fed. Bar #ct 24462
One Goodwin Square
225 Asylum Street
Hartford, CT 06103
(860) 522-6103

## CERTIFICATION

This is to certify that on this 6th day of February 2004, I hereby mailed a copy of the foregoing to:

| | |
|---|---|
| Timothy Mahoney, Esq.<br>Christy Doyle, Esq.<br>Williams & Pattis, LLC<br>51 Elm Street, Suite 409<br>New Haven, CT 06510<br>**For the Plaintiff** | Michael Sullivan, Esq.<br>Assistant Attorney General<br>55 Elm Street<br>P.O. Box 120<br>Hartford, CT 06141-0120<br>**For the Defendant Jerry C. Lamb** |

*June M. Sullivan*
June M. Sullivan

512168_1.doc

- 2 -

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105