UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DOVER DAVIS | : | CIVIL ACTION |
| Plaintiff, | | NO. 302CV01039 (JBA) |
| V. | : | |
| JERRY C. LAMB and | | |
| JOHN BEAUREGARD | | |
| Defendants. | : | FEBRUARY 11, 2004 |

### AFFIDAVIT OF JOHN BEAUREGARD

STATE OF CONNECTICUT )
                     ) ss: Norwich
COUNTY OF NEW LONDON )

I, John Beauregard, having been duly sworn, hereby depose and say:

1. I am over 18 years of age and understand the obligations of an oath.

2. I am the Executive Director of the Eastern Connecticut Workforce Investment Board, formerly known as the Southeastern Connecticut Workforce Investment Board (the "WIB"). I have served in this capacity since 1990.

3. I am not, nor have I ever been, an employee of Eastern Connecticut State University.

4. The entity I work for, the WIB, is not affiliated with Eastern Connecticut State University. However, the WIB typically hires educational institutions such as Eastern Connecticut State University to administer training programs. Therefore, there



SENT BY: WORKFORCE ONE;         2-12- 4  4:50PM;  860 455 8025 =>        1-860-548-0006;         #2/2

RECEIVED: 2 12 Case 3:02-cv-01039-JBA   Document 62-2   Filed 02/13/2004   Page 2 of 2
ate: 2/12/04  Time: 2:47 PM  To: John Beauregard @ 1-860-859-5741         1-860-548-0006      Page: 003-003

is no affiliation between the entity that I work for and Eastern Connecticut State University, except as business associates for professional services.

5. The WIB was responsible for workforce development within its region. Specifically, it was responsible for assessing its region's employment needs, securing the necessary funding to address those needs and coordinating programs to train individuals to meet those needs. The majority of the members of the WIB were owners of businesses, chief executives or chief operating officers of non-governmental employers, or other business executives who have substantial management or policy responsibilities. As such, the WIB is a private entity.

AFFIANT,

John Beauregard

Subscribed and sworn to this _12th_ day of February 2004.

Sheila R. Taunane
Commissioner of the Superior
Court/Notary Public

My Commission Exp. Apr. 30, 2006

- 2 -



One Goodwin Square                HALLORAN         Phone (860) 522-6103
225 Asylum Street                                  Fax (860) 548-0006