UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOVER DAVIS : | |
| v. : | Civil No. 3:02cv 1039 (JBA) |
| JERRY C. LAMB : | |
| JOHN BEAUREGARD | |

## JUDGMENT

This matter came on for consideration on defendants' motions for summary judgment before the Honorable Janet Bond Arterton, United States District Judge.

The Court has reviewed all of the papers in conjunction with the motions and on August 9, 2004, the Court filed a Ruling granting defendants' motions for summary judgment. It is therefore ORDERED and ADJUDGED that summary judgment is entered for the defendants, and this case is closed.

Dated at New Haven, Connecticut, this 9th day of August, 2004.

KEVIN F. ROWE, CLERK

By___/s/_____
Betty J. Torday
Deputy Clerk

EOD_____