UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DAVIS, Plaintiff,** | : |
| | : |
| **v.** | :   No. 3:02cv1039 (JBA) |
| | : |
| **LAMB and BEAUREGARD,** | : |
| **Defendants.** | : |

**ENDORSEMENT ORDER [Doc. #64]**

Motion to Amend Motion for Summary Judgment [Doc. #64] is GRANTED, absent objection. The Court takes judicial notice of <u>Davis v. Eastern Connecticut State University</u>, No. CV-02-0817885, Superior Court, Judicial District of Hartford at Hartford, Memorandum of Decision dated March 22, 2004 (Freed, J.).

IT IS SO ORDERED.

_____/s/_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: August 11, 2004.**

1