# UNITED STATES COURT OF APPEALS
# SECOND DISTRICT

FILED
2004 SEP -8  P 1: 47
U.S. DISTRICT COURT

## NOTICE OF APPEAL

United States District Court for the District of Connecticut

File Number: 3:02cv1039 (JBA)

Dover Davis

VS.

Jerry C. Lamb and
John Beauregard

Notice is hereby given that Dover Davis in the above-named case, hereby appeal to the United States Court of Appeals for the 2nd Circuit from the United States District Court for the District of Connecticut in an Order given by Judge Bond Arterton, U.S.D.J. and filed on the 9th day or August, 2004.

*Dover Davis*
Dover Davis
Attorney for
P.O. Box 1788
Montclair, NJ. 07042

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

U.S.C.A. Docket No.  
3:02 cv 1039 (JBA) USDC - Connecticut

**CERTIFICATE OF SERVICE**

Dover Davis

V. *Case Caption*

Jerry Lamb And John Beauregard

I, __Dover Davis__ hereby certify under the penalty
   NAME

of perjury that on the __7th__ day of __September__, __2004__, I
                      DAY           MONTH              YEAR

served by United States Mail or hand delivery the __Notice of Appeal.__

(NAME OF DOCUMENT: Motion, Brief, Letter, etc.)

on the following:

Attorney June M. Sullivan  
NAME  
Halloran + Sage, LLP  
One Goodwin Square  
225 Asylum Street  

Hartford, CT. 06103  
ADDRESS

Attorney Michael Sullivan  
NAME  
Assistant Attorney General  
55 Elm ST  
P.O. Box 120  

Hartford, CT. 06141-0120  
ADDRESS

_Dover Davis_  
SIGNATURE

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

| IN UNITED STATES | ☐ MAGISTRATE ☐ DISTRICT ☑ APPEALS COURT or ☐ OTHER PANEL (Specify below) |
|---|---|
| IN THE CASE OF | Dover Davis vs. John Beauregard / Jerry Lambant FOR ___ AT ___ |

LOCATION NUMBER

PERSON REPRESENTED (Show your full name): **Dover Davis**

1. ☐ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

**DOCKET NUMBERS**
Magistrate:
District Court: 3:02cv1039
Court of Appeals:

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☑ No ☐ Am Self Employed
Name and address of employer: ___
IF YES, how much do you earn per month? $ ___
IF NO, give month and year of last employment. How much did you earn per month? $ ___
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ ___

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes ☑ No  IF YES, state total amount $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT $ ___

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☑ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: ___
List persons you actually support and your relationship to them: ___

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **09-07-04**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Dove Davis*



```
***** WELCOME TO *****
        MONITOR STATION
WEST NEW YORK, NJ  07093-9992
       09/07/04 10:01AM

Store   USPS         Trans    44
Wkstn   sys5002      Cashier  KPSGM8
Cashier's Name       AL
Stock Unit Id        WINAG
PO Phone Number      201-854-6955
USPS #               3356730392

  1. 37c #10 NurtLv En          0.90
     2 @    0.45
  2. First Class                 4.05
     Destination:     06141
     Weight:          0.50 oz.
     Postage Type:    PVI
     Affix. Post.:    -0.37
     Total Cost:      4.42
     Base Rate:       0.37
            SERVICES
     Certified Mail              2.30
       70031680000734195419
     Rtn Recpt (Green Card)      1.75
  3. First Class                 4.05
     Destination:     06103
     Weight:          0.50 oz.
     Postage Type:    PVI
     Affix. Post.:    -0.37
     Total Cost:      4.42
     Base Rate:       0.37
            SERVICES
     Certified Mail              2.30
       70031680000734195402
     Rtn Recpt (Green Card)      1.75

Subtotal                         9.00
Total                            9.00

Cash                            20.00
Change Due
    Cash                        11.00

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to
USPS.com/clicknship to print shipping
labels with postage.  For other
information call 1-800-ASK-USPS.

Number of Items Sold: 4

           Thank You
        Please come again!
```

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

HARTFORD, CT 06141

| | |
|---|---|
| Postage | $ 0.37 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Postmark SEP 7 2004  Clerk: KPSGM8  09/07/04

Sent To: Michael Sullivan / Asst Attorney Gen
Street, Apt. No.; or PO Box No.: 55 Elm ST
P.O. Box 120 / Hartford, CT 06141-0120

7003 1680 0007 3419 5419
PS Form 3800, June 2002        See Reverse for Instructions

---

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

HARTFORD, CT 06103

| | |
|---|---|
| Postage | $ 0.37 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.42 |

Postmark SEP 7 2004  Clerk: KPSGM8  09/07/04

Sent To: Jane M. Sullivan / Halloran + Sage
Street, Apt. No.; or PO Box No.: One Goodwin Square
City, State, ZIP+4: 225 Asylum Street, Hartford, CT

7003 1680 0007 3419 5402
PS Form 3800, June 2002        See Reverse for Instructions

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse at Foley Square   40 Centre Street, New York, NY 10007   Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): **3:02CV1039 (JBA)**

Caption [use short title]

Motion for: **IFP**

Set forth below precise, complete statement of relief sought:

**MONETARY**

**Reinstatement**

Dover Davis

VS.

Jerry C. Lamb And
John Beauregard

MOVING PARTY: **Dover Davis**
☑ Plaintiff    ☐ Defendant
☐ Appellant/Petitioner    ☐ Appellee/Respondent

OPPOSING PARTY: _____

MOVING ATTORNEY: **Dover Davis**
[name of attorney, with firm, address, phone number and e-mail]
P.O. Box 1788
Montclair, NJ. 07042

OPPOSING ATTORNEY [Name]: _____
[name of attorney, with firm, address, phone number and e-mail]
Attorney Michael Sullivan
55 Elm St
P.O. Box 120
Hartford, CT 06141-0120

Court-Judge/Agency appealed from: **United States District Court - District of Connecticut**

Please check appropriate boxes:

Has consent of opposing counsel:
  A. been sought?    ☑ Yes    ☐ No
  B. been obtained?    ☐ Yes    ☑ No

Is oral argument requested?    ☑ Yes    ☐ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☐ Yes    ☑ No
If yes, enter date _____

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?    ☑ Yes    ☐ No

Has this relief been previously sought
in this Court?    ☐ Yes    ☑ No

Requested return date and explanation of emergency:

Signature of Moving Attorney:
*Dover Davis*    Date: **09-07-04**

Has service been effected?    ☑ Yes    ☐ No
[Attach proof of service]

### ORDER

IT IS HEREBY ORDERED THAT the motion is GRANTED  DENIED.

FOR THE COURT:
ROSEANN B. MacKECHNIE, Clerk of Court

Date: _____    By: _____

Form T-1080 (Revised 10/31/02).