D. Conn.
02-cv-1039
Arterton, J.



FILED
2006 JUN -5 P 3:07
U.S. ... URT

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshal United States Courthouse, at Foley Square, in the City of New York, on the 1st day of March two thousand five,

Present:

> Hon. James L. Oakes,
> Hon. Amalya L. Kearse,
> Hon. Robert D. Sack,
> > *Circuit Judges.*

---

David T. Ryan, David M. Sheridan,

> Special Master,

Dover Davis,

> Plaintiff-Appellant,

v.                                                                                      04-5114-cv

Jerry C. Lamb, John Beauregard,

> Defendants-Appellees.

---

Appellant, *pro se,* moves for *in forma pauperis* status and appointment of counsel. Upon due consideration, it is ORDERED that the motions are DENIED and the appeal is DISMISSED, because the appeal lacks an arguable basis in fact or law. *See Neitzke v. Williams,* 490 U.S. 319, 325 (1989); 28 U.S.C. § 1915(e).

> FOR THE COURT:
> Roseann B. MacKechnie, Clerk
> By: *Lucille Carr*

A True Copy
Roseann B. MacKechnie, CLERK
by _____ Deputy Clerk

SAO GG